IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 3:15-CV-251-WKW |
| UNITED STATES OF AMERICA, | ) [WO] |
| | ) |
| Defendant. | ) |

## **ORDER**

On May 22, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that the Motion to Dismiss (Doc. # 4) filed by the United States is GRANTED, and that this action is DISMISSED without prejudice for lack of subject-matter jurisdiction.

A separate final judgment will be entered.

DONE this 19th day of June, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE